UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANTEL EVANS | CIVIL ACTION |
| VERSUS | No. 17-376 |
| NANCY A. BERRRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "J"(5) |

## ORDER

Having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 18)**, the Parties' Cross-Motions for Summary Judgment **(Rec. Docs. 16, 17)**, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, the Court hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's *Motion for Summary Judgment* **(Rec. Doc. 17)** is **DENIED.**

**It IS FURTHER ORDERED** that Plaintiff's *Motion for Summary Judgment* **(Rec. Doc. 16)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is hereby awarded Social Security disability benefits based on a disability onset date of July 1, 2009.

**IT IS FURTHER ORDERED** that the above-captioned matter is hereby **REMANDED** to the Administrative Law Judge solely for a calculation of benefits based on a disability onset date of July 1, 2009.

New Orleans, Louisiana, this 9th day of March, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE